AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

FILED
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

**MARCIAL ZEPEDA-ROMERO**

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1933-DMS

I, __MARCIAL ZEPEDA-ROMERO__ , the above named defendant, who is accused of

8 USC 1325 (misd.) and
8 USC 1325 (felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/12/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Marcial Zepeda Romero_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd